IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TRACEY WAGONEKA, ASHLEY "ED" MURRY, and RICK DI DONATO, | § § § | |
| Plaintiffs, | § § | |
| vs. | § | CIVIL ACTION NO. 4:18-CV-859 |
| | § | |
| KT&G USA CORPORATION, | § § | |
| Defendant. | § § | |

**ORDER GRANTING AGREED MOTION
TO STAY PRETRIAL CONFERENCE AND TRIAL**

Before the Court is the agreed motion to stay pretrial conference and trial filed by the Parties. Having considered the motion, the Court finds that the motion should be GRANTED.

It is therefore ORDERED that the final pretrial conference and trial setting are stayed until COVID-19-related travel and social-distancing restrictions are lifted and the Parties notify the Court to reset the pretrial conference and trial.