UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TRACEY WAGONEKA, et al. | § § | |
| v. | § § § | CIVIL ACTION NO. 4:18-cv-859-SDJ |
| KT&G USA CORPORATION | § | |

## ORDER

Before the Court is the parties' Agreed Motion to Stay Pretrial Conference and Trial. (Dkt. #70). Having considered its merits, the Court **GRANTS IN PART** the Motion.

It is, therefore, **ORDERED** that the pretrial conference for this case, currently scheduled for May 11, 2020, and the trial of this case, currently scheduled for May 12, 2020, are both **STAYED** pending further order of the Court.

It is further **ORDERED** that the parties shall appear for a telephonic status conference on **June 10, 2020 at 10:30 a.m.**, at which time a new pretrial conference date and trial date will be set. The Court will send dial-in information for the June 10, 2020 telephonic status conference via email.

**So ORDERED and SIGNED this 7th day of April, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE